IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 16-400 |
| | : | |
| RAHEEM SLONE | : | |

## ORDER

**AND NOW**, this 17th day of March 2017, upon consideration of Defendant's Motion to suppress physical evidence of a gun holster (ECF Doc. No. 17) found on the Defendant on February 13, 2016, the United States' Response (ECF Doc. No. 18), following oral argument, the evaluation of the credibility of police witnesses during the suppression hearing leading us to find the police officers' testimony to be entirely credible as to the totality of the circumstances, post-hearing Memoranda (ECF Doc. Nos. 28, 29) and for reasons in the accompanying Memorandum with Findings of Fact and Conclusions of Law, it is **ORDERED** Defendant's Motion to suppress (ECF Doc. No. 17) is **DENIED**.

KEARNEY, J.