**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 16-400** |
| | : | |
| **RAHEEM SLONE** | : | |

# ORDER

**AND NOW**, this 30th day of June 2020, upon considering the Defendant's *pro se* Motion for compassionate release (ECF Doc. No. 81), and for reasons in the accompanying Memorandum, it is **ORDERED:**

1. Defendant's *pro se* Motion for compassionate release (ECF Doc. No. 81) is **DENIED without prejudice** to be renewed after again exhausting his internal remedies with the Bureau of Prisons should his health or facility conditions materially deteriorate; and,

2. The United States shall serve this Order and accompanying Memorandum by first class mail directed to Defendant at his present custodial address no later than **July 1, 2020**, file a certificate of service demonstrating compliance no later than **July 2, 2020,** and amend the certificate should the service return as undeliverable.

_____
**KEARNEY, J.**