# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : CRIMINAL ACTION |
|---|---|
| v. | : NO. 16-400 |
| RAHEEM SLONE | : |

## ORDER

**AND NOW**, this 12th day of April 2021, upon considering Defendant's renewed Motion for compassionate release (ECF Doc. No. 96), the United States' Opposition (ECF Doc. No. 102), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's renewed Motion seeking compassionate release (ECF Doc. No. 96) is **DENIED.**

_____
KEARNEY, J.