IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 16-400 |
| | : | |
| RAHEEM SLONE | : | |

## ORDER

**AND NOW**, this 29th day of July 2024, upon considering Defendant's pro se Motion for reconsideration (ECF No. 127) of our June 21, 2024 Order (ECF No. 125) denying his petition for a writ of error coram nobis or audita querela, and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendant's Motion for reconsideration (ECF No. 127) is **DENIED**.

KEARNEY, J.